IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


MARLENE C.,
      Plaintiff,

                              Civil No. 5:25-CV-14151

v.

FRANK BISIGNANO,             MAGISTRATE JUDGE GRAND
COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
_____/


**J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.


                                    s/David R. Grand
                                    David R. Grand
                                    United States District Judge


Dated: April 8, 2026